159 A.3d 1281

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. J.L.G., DEFENDANT-AP-
PELLANT. IN THE MATTER OF B.G., M.A., AND M.G., MINORS.

Argued April 24, 2017—Decided May 17, 2017

*T. Gary Mitchell*, Deputy Public Defender, argued the cause for
appellant (*Joseph E. Krakora*, Public Defender Parental Repre-
sentation, attorney; *T. Gary Mitchell*, of counsel and on the brief).

*Sara M. Gregory*, Deputy Attorney General, argued the cause
for respondent New Jersey Division of Child Protection and
Permanency (*Christopher S. Porrino*, Attorney General of New
Jersey, attorney; *Andrea M. Silkowitz*, Assistant Attorney Gener-
al, of counsel and *Sara M. Gregory*, on the brief).

*Olivia Belfatto Crisp*, Assistant Deputy Public Defender, argued
the cause for minor M.A. (*Joseph E. Krakora*, Public Defender
Law Guardian, attorney; *Olivia Belfatto Crisp*, on the brief).

PER CURIAM

The judgment of the Superior Court, Appellate Division is
affirmed, substantially for the reasons expressed Judge Simonelli's
majority opinion, reported at 450 *N.J. Super.* 113, 160 *A.*3d 112
(App. Div. 2017).

CHIEF JUSTICE RABNER and JUSTICES LaVECCHIA,
ALBIN, PATTERSON, FERNANDEZ-VINA, SOLOMON, and
TIMPONE join in this opinion.